## MEMORANDUM DECISIONS

**1**

Guadalupe AVILA v. STATE. (No. 10798.) (Court of Criminal Appeals of Texas. March 16, 1927.) Appeal from District Court, Wilson County; Covey C. Thomas, Judge. S. B. Carr, of Floresville, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. Under an indictment for murder, appellant was convicted of manslaughter; punishment fixed at confinement in the penitentiary for a period of two years. That the appellant shot and killed Pete Sekula is an established fact. The fatal shot was fired at the home of the appellant, who was living upon the land of the deceased. A controversy took place, in which, according to the version of the appellant and his wife, the deceased was abusive in his language and threatening in his manner. This is in conflict with the res gestæ statement of the deceased. A recital of the evidence in detail is deemed unnecessary. Suffice it to say that it is sufficient to support the verdict. There is no complaint of any matter of procedure. The judgment is affirmed.

**2**

Clara L. CLEM v. STATE. (No. 10780.) (Court of Criminal Appeals of Texas. March 16, 1927.) Appeal from District Court, Wheeler County; W. R. Ewing, Judge. H. B. Hill and M. Reynolds, both of Shamrock, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

LATTIMORE, J. Conviction for murder; punishment, 20 years in the penitentiary. The record is before us without statement of facts or bills of exception. The indictment correctly charges the offense of murder, and is followed by the charge of the court. No error appearing, the judgment will be affirmed.

**3**

L. F. GRAGG v. STATE. (No. 10728.) (Court of Criminal Appeals of Texas. Feb. 23, 1927.) Appeal from District Court, Young County; E. G. Thornton, Judge. McLean, Scott & Sayers, of Fort Worth, R. A. Barton, of Olney, and Marshall & King, of Graham, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. Conviction is for receiving and concealing stolen property; the punishment being two years in the penitentiary. Appellant files his affidavit, requesting that his appeal be dismissed. In compliance therewith, it is so ordered, and the appeal is dismissed.

**4**

W. L. GRIFFIN v. STATE. (No. 10720.) (Court of Criminal Appeals of Texas. Feb. 23, 1927.) Appeal from Disrtict Court, Parker County; F. O. McKinsey, Judge. J. E. Carter, of Weatherford, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

LATTIMORE, J. Conviction for selling intoxicating liquor; punishment, one year in the penitentiary. We find in the record neither statement of facts nor bills of exception. The indictment appears to charge the offense, and the instructions seem to follow the law. No error appearing, the judgment will be affirmed.

**5**

W. L. GRIFFIN v. STATE. (No. 10721.) (Court of Criminal Appeals of Texas. Feb. 23, 1927.) Appeal from District Court, Parker County; F. O. McKinsey, Judge. J. E. Carter, of Weatherford, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The conviction is for the unlawful possession of intoxicating liquor for the purpose of sale; punishment fixed at confinement in the penitentiary for one year. The record is before us without statement of facts or bills of exceptions. In the verdict and judgment, appellant was found guilty of the possession of intoxicating liquor for the purpose of sale. The sentence recites that he was adjudged guilty of unlawfully manufacturing liquor. This seems to be a carbon copy of the sentence in another case against the appellant, which has been carelessly put into this record. The sentence will be corrected to coincide with the judgment and verdict, and, as corrected, will recite that W. L. Griffin has been adjudged guilty of the possession of intoxicating liquor for the purpose of sale. The judgment, as reformed, is affirmed.

**6**

W. L. GRIFFIN v. STATE. (No. 10722.) (Court of Criminal Appeals of Texas. Feb. 23, 1927.) Appeal from District Court, Parker County; F. O. McKinsey, Judge. J. E. Carter, of Weatherford, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The conviction is for the unlawful manufacture of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year. The record is before this court without statement of facts or bills of exceptions. The indictment appears regular. No fundamental error having been perceived or pointed out, the judgment is affirmed.